UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
WESTERN DIVISION

CASE NAME: 7400 South Congress, LLC   PETITION DATE: November 4, 2019

CASE NUMBER: 19-11530-TMD

## *MONTHLY OPERATING REPORT SUMMARY FOR MONTH* YEAR 2019

| MONTH | November 2019 | | | | | | |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | | | | | | |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 0.00 | | | | | | |
| NET INCOME (LOSS) (MOR-6) | 0.00 | | | | | | |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | | | | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | | | | | | |
| TOTAL DISBURSEMENTS (MOR-8) | 0.00 | | | | | | |

\*\*\*The original of this document must be filed with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee\*\*\*

**CHECK ONE**

| | | | | | |
|---|---|---|---|---|---|
| **REQUIRED INSURANCE MAINTAINED** | | | Are all accounts receivable being collected within terms? | ☑ Yes | ☐ No |
| AS OF SIGNATURE DATE* | | EXP. | Are all post-petition liabilities, including taxes, being paid within terms? | ☑ Yes | ☐ No |
| | | DATE | Have all tax returns and other required government filings been timely paid? | ☑ Yes | ☐ No |
| CASUALTY | ☐ YES   ☑ NO | | Have any pre-petition liabilities been paid? | ☐ Yes | ☑ No |
| LIABILITY | ☑ YES   ☐ NO | 05/31/20 | If so, describe _____ | | |
| VEHICLE | ☑ YES   ☐ NO | 05/31/20 | Are all funds received being deposited into Debtor in Possession bank accounts? | ☑ Yes | ☐ No |
| WORKER'S | ☐ YES   ☑ NO | | Were any assets disposed of outside the normal course of business? | ☐ Yes | ☑ No |
| OTHER - Umbrella | ☑ YES   ☐ NO | 05/31/20 | If so, describe _____ | | |
| | | | Are all U.S. Trustee Quarterly Fee Payments current? | ☑ Yes | ☐ No |
| | | | What is the status of your Plan of Reorganization? | *To be submitted by plan filing date.* | |

ATTORNEY NAME: Morris D. Weiss
FIRM NAME: Waller Lansden Dortch & Davis LLP
ADDRESS: 100 Congress Ave., 18th Floor
CITY, STATE, ZIP: Austin, TX 78701
TELEPHONE/FAX: 512-685-6400/512-685-6417
morris.weiss@wallerlaw.com

INITIALS _____
DATE _____
UST USE ONLY

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _____   TITL TITLE: President
(ORIGINAL SIGNATURE)

Natin Paul
(PRINT NAME OF SIGNATORY)

**MOR-1**

CASE NAME: 7400 South Congress, LLC   CASE NUMBER: 19-11530-TMD

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 11/4/2019 | MONTH November 2019 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 0.00 | 0.00 | | | | | |
| Accounts Receivable, Net | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | | | | | | |
| Other - Retainer Waller Lansden | 25,000.00 | 25,000.00 | | | | | |
| TOTAL CURRENT ASSETS | 25,000.00 | 25,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 3,686,852.00 | 3,686,852.00 | | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 3,686,852.00 | 3,686,852.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| **TOTAL ASSETS** | $3,711,852.00 | $3,711,852.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-2**   * Per Schedules and Statement of Financial Affairs   *Revised 11/08/05*

CASE NAME: 7400 South Congress, LLC   CASE NUMBER: 19-11530-TMD

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 11/4/2019 | MONTH November 2019 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 0.00 | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured (see note) | 18,575,000.00 | 18,575,000.00 | | | | | |
| Priority Debt | 38,950.00 | 38,950.00 | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | 71,072.50 | 71,072.50 | | | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 18,685,022.50 | 18,685,022.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 18,685,022.50 | 18,685,022.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date | (14,973,170.50) | (14,973,170.50) | | | | | |
| RETAINED EARNINGS: Post Filing Date | | | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | (14,973,170.50) | (14,973,170.50) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $3,711,852.00 | $3,711,852.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-3**      * Per Schedules and Statement of Financial Affairs          *Revised 11/08/05*

**CASE NAME:** 7400 South Congress, LLC  **CASE NUMBER:** 19-11530-TMD

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH<br>November 2019 | MONTH | MONTH | MONTH | MONTH | MONTH | TOTAL |
|---|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | | |
| TAX PAYABLE | | | | | | | |
|   Federal Payroll Taxes | | | | | | | |
|   State Payroll Taxes | | | | | | | |
|   Ad Valorem Taxes | | | | | | | |
|   Other Taxes | | | | | | | |
| TOTAL TAXES PAYABLE | | | | | | | |
| SECURED DEBT POST-PETITION | | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | | |
| ACCRUED PROFESSIONAL FEES* | 0.00 | | | | | | 0.00 |
| OTHER ACCRUED LIABILITIES TO INSIDERS | | | | | | | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

*Revised 11/08/05*

CASE NAME: 7400 South Congress, LLC

CASE NUMBER: 19-11530-TMD

**AGING OF POST-PETITION LIABILITIES**
**MONTH: <u>NOVEMBER 2019</u>**

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | 0.00 | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**AGING OF ACCOUNTS RECEIVABLE**

| MONTH | November 2019 | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**

*Revised 11/08/05*

CASE NAME: 7400 South Congress, LLC  CASE NUMBER: 19-11530-TMD

## STATEMENT OF INCOME/(LOSS)

| | MONTH<br>November 2019 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | | | | | | | 0.00 |
| TOTAL COST OF REVENUES | | | | | | | 0.00 |
| GROSS PROFIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OPERATING EXPENSES:** | | | | | | | |
| Selling & Marketing | | | | | | | 0.00 |
| General & Administrative | | | | | | | 0.00 |
| Insiders Compensation | | | | | | | 0.00 |
| Professional Fees (1) | | | | | | | 0.00 |
| Other | | | | | | | 0.00 |
| Other | | | | | | | 0.00 |
| **TOTAL OPERATING EXPENSES** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTEREST EXPENSE | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| **NET INCOME (LOSS) (MOR-1)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* *Footnote Mandatory.*

\* \* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**Note 1 - See Endnote titled "Professional Fees".**

**MOR-6**  *Revised 11/08/05*

| CASE NAME: | 7400 South Congress, LLC | | CASE NUMBER: | 19-11530-TMD | | | |

| CASH RECEIPTS AND DISBURSEMENTS | MONTH November 2019 | MONTH | MONTH | MONTH | MONTH | MONTH | SIX MONTH TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | | | | | | $0.00 |
| **RECEIPTS:** | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS (1) | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | |
| 7. NET PAYROLL | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 0.00 |
| 18. ADEQUATE PROTECTION PAYMENT(S) | | | | | | | 0.00 |
| 19. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

\* Applies to Individual debtors only
\*\*Numbers for the current month should balance (match)

**MOR-7**

*Revised 11/08/05*

| CASE NAME: | 7400 South Congress, LLC | | CASE NUMBER: | 19-11530-TMD | | | |

| SUPPLEMENTAL SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS | MONTH November 2019 | MONTH | MONTH | MONTH | MONTH | MONTH | SIX MONTHS TO DATE |
|---|---|---|---|---|---|---|---|
| **OTHER RECEIPTS (MOR7):** | | | | | | | |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| **TOTAL OTHER RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | |
| **OTHER DISBURSEMENTS (MOR 7):** | | | | | | | |
| | | | | | | | 0.00 |
| | | | | | | | |
| **TOTAL OTHER DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER REORGANIZATION EXPENSES | | | | | | | 0.00 |
| Trustee Bond | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| **TOTAL DISBURSEMENTS**\*\* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**SUPP MOR-7**

*Revised 11/08/05*

CASE NAME: 7400 South Congress, LLC  CASE NUMBER: 19-11530-TMD

# CASH ACCOUNT RECONCILIATION
## MONTH OF: November 2019

| BANK NAME | Mechanics Bank | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 3066 | # | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | $0.00 | | | | $0.00 |
| DEPOSITS IN TRANSIT | | | | | 0.00 |
| OUTSTANDING CHECKS | | | | | 0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | $0.00 | | | | $0.00 |
| RECEIPTS* | | | | | 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| (WITHDRAWAL) CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | 0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-8**   *Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7   *Revised 11/08/05*

| CASE NAME: | 7400 South Congress, LLC | CASE NUMBER: | 19-11530-TMD |

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH November 2019 | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | Accrued/Not Paid as of 11/30/19 |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |
| 4. | | | | | | | | |
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS * (see note) | MONTH November 2019 | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | Accrued/Not Paid as of 11/30/19 |
|---|---|---|---|---|---|---|---|---|
| 1. Waller Lansden Dortch & Davis LLP | | | | | | | | 0.00 |
| 2. Lain Faulkner & Co., P.C. | | | | | | | | 0.00 |
| 3. | | | | | | | | 0.00 |
| 4. | | | | | | | | 0.00 |
| 5. | | | | | | | | 0.00 |
| 6. | | | | | | | | 0.00 |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-9**   * All professional fees are subject to court approval. See Endnote titled "Professional Fees".

*Revised 11/08/05*

| CASE NAME: | 7400 South Congress, LLC | CASE NUMBER: | 19-11530-TMD |
|---|---|---|---|

# Endnotes

**General** On November 4, 2019 (the "Petition Date"), 5th and Red River, LLC, Case No. 19-11529, 900 Cesar Chavez, LLC, Case No. 19-11527, 905 Cesar Chavez, LLC, Case No.19-11528, and 7400 South Congress, LLC, Case No. 19-11530 (each a "Debtor," collectively, the "Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). On November 13, 2019, the Bankruptcy Court entered an *Order Granting Motion for Joint Administration* directing the procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 6].

**Secured Debt** It should be noted that the Debtors are jointly and severally liable and collectively owe one debt to its lender, U.S. Real Estate Credit Holdings III-A, LP, in the approximate amount of $18.5MM. Each Debtor reflects the full amount of the referenced debt, but it is only one obligation. Nothing herein is intended or should be construed to concede that ATX Lender 5, LLC is the current holder of the secured debt.

**Professional Fees** Due to the joint administration of the Debtors cases, all professional fees have been reported on the Monthly Operating Report of 900 Cesar Chavez, LLC.